STATE EX REL. FELDTMAN *v.* DOWD, WARDEN.

[No. 0-576. Filed December 9, 1959.]

*Forest Feldtman, pro se.*

PER CURIAM—The petitioner has filed a paper entitled "Verified Petition for Appeal of Writ of Habeas Corpus."

The petitioner makes no showing that any praecipe or transcript was filed for an appeal. The petition is of a character not recognized by this Court.

For the reasons stated the petition is denied.

Achor, J., not participating because of illness.

NOTE.—Reported in 162 N. E. 2d 677.